1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   ELLIE DUBY,                                        CASE NO. 07 CV 0915 JM (JMA)

12                              Petitioner,             **ORDER ADOPTING REPORT**
                                                        **AND RECOMMENDATION**
13             vs.
                                                        **(Doc. No. 24)**
14   DAWN DAVISON, Warden, et al.

15                              Respondent.

16

17          Petitioner, proceeding pro se, filed her fourth amended § 2254 habeas petition on December

18   14, 2007.  (Doc. no. 16.)  She challenges her conviction in San Diego Superior court for grand theft

19   of personal property and uttering non-sufficient fund checks.  Respondent filed an answer to the

20   petition on March 18, 2008.  Petitioner filed a traverse on May 7, 2008.  On June 25, 2008, Magistrate

21   Judge Jan M. Adler issued a Report and Recommendation ("R&R") recommending that the court deny

22   the petition with prejudice.  (Doc. no. 24.)  Neither party filed objections.

23          Having carefully considered the R&R, the record before the court, the absence of any

24   objections to the R&R, and the applicable authorities, the court **ADOPTS** the R&R in its entirety.

25   The decision of the California Court of Appeals was not contrary to, and did not involve "an

26   unreasonable application of, clearly established Federal law, as determined by the Supreme Court of

27   the United States."  28 U.S.C. § 2254(d)(1); see also Ylst v. Nunnemaker, 501 U.S. 797, 804 (1991)

28   (court reviews last reasoned state-court decision).  Furthermore, the decision was not "based on an

1   unreasonable determination of the facts in light of the evidence presented in the State court

2   proceeding." 28 U.S.C. § 2254(d)(2).  Accordingly, the court **DENIES** with prejudice the petition

3   for writ of habeas corpus, under both 28 U.S.C. §§ 2254(d)(1) and (d)(2).  The Clerk is ordered to

4   enter judgment accordingly.

5           **IT IS SO ORDERED.**

6   **DATED:  August 29, 2008**

7

8   **Hon. Jeffrey T. Miller**
    **United States District Judge**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28